UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard R. Wescott

    v.

Dr. Wendy Martin, Chief of
Psychiatric Services,
Secure Psychiatric Unit,
New Hampshire State Prison

Case No. 21-cv-853-PB

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 9, 2021, and deny Mr. Wescott's request for preliminary injunctive relief and dismiss the complaint, without prejudice to Mr. Wescott's ability to file a new complaint after he completes the process of exhausting his available DOC administrative remedies.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: November 22, 2021

cc: Richard R. Wescott, pro se